# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action **No. 1:12-cv-02460-JLK-AP**

**CENTER FOR BIOLOGICAL DIVERSITY**, Colorado Chapter,
    Plaintiff,

v.

**JERRI MARR**, Forest Supervisor, and
**U.S. FOREST SERVICE**
    Defendants.

    and

**COLORADO MOTORIZED TRIAL RIDERS ASSOCIATION, COLORADO OFF HIGHWAY VEHICLE COALITION**, and **TRAILS PRESERVATION ALLIANCE**

    Defendant Intervenor Applicants.

## ORDER DENYING ENTRY OF SETTLEMENT AGREEMENT

Kane, J.

Before me is parties' Stipulated Settlement Agreement, Doc. 27. Regrettably, I will not approve this settlement agreement so long as it contains the provision in Paragraph 7 that excludes contempt of court as a remedy for failure to comply or other violation of the agreement or the order. There are limits to the rights of parties to settle by a contract or an agreement and this provision exceeds those limits and invites the parties and their lawyers to violate ethical duties to uphold the law and, for the attorneys as officers of the court, to report violations of a court order with candor. I REJECT the settlement agreement as presented in Doc. 27.

Dated: November 26, 2012          BY THE COURT:
                                                       **/s/ John L. Kane**
                                                       Senior U.S. District Court Judge