**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action **No. 1:12-cv-02460-JLK-AP**

**CENTER FOR BIOLOGICAL DIVERSITY**, Colorado Chapter,
    Plaintiff,

v.

**JERRI MARR**, Forest Supervisor, and
**U.S. FOREST SERVICE**
    Defendants.

    and

**COLORADO MOTORIZED TRIAL RIDERS ASSOCIATION, COLORADO OFF HIGHWAY VEHICLE COALITION**, and **TRAILS PRESERVATION ALLIANCE**

    Defendant Intervenor Applicants.

---

### ORDER RE SETTLEMENT

---

Kane, J.

In light of the November 26, 2012 Order (Doc. 28) rejecting parties' proposed settlement agreement, parties are directed to confer and submit either a revised settlement agreement addressing the Court's concerns regarding contempt of court or a Joint Status Report by or on December 13, 2012.

Dated: November 29, 2012                      BY THE COURT:

                                                      **/s/ John L. Kane**
                                                      Senior U.S. District Court Judge