**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action **No. 1:12-cv-02460-JLK-AP**

**CENTER FOR BIOLOGICAL DIVERSITY**, Colorado Chapter,
    Plaintiff,

v.

**JERRI MARR**, Forest Supervisor, and
**U.S. FOREST SERVICE**
    Defendants.

    and

**COLORADO MOTORIZED TRIAL RIDERS ASSOCIATION, COLORADO OFF HIGHWAY VEHICLE COALITION**, and **TRAILS PRESERVATION ALLIANCE**

    Defendant Intervenor Applicants.

---

**ORDER ENTERING REVISED SETTLEMENT AGREEMENT AND DISMISSING THE CASE WITH RESERVATION OF JURISDICTION TO ENFORCE THE AGREEMENT**

Kane, J.

This matter comes before the Court on the parties' Stipulated Settlement Agreement (Doc. 30). Having been read and considered, the Court now finds that there is good cause shown to support entering the Agreement. Accordingly, the terms of the Agreement are hereby ENTERED as set forth in that Agreement, including dismissal of the action, with prejudice. Notwithstanding the dismissal of this action, at the parties' stipulated request, the Court retains jurisdiction to oversee compliance with the terms of this Agreement and to resolve any motions to modify such terms until the date of any subsequent determination referenced in Paragraph 4 of the Agreement. This shall be a final judgment of the Court.

Dated: November 29, 2012                          BY THE COURT:

**/s/ John L. Kane**
SENIOR U.S. DISTRICT JUDGE